JAMES NARES, Respondent, et al., Plaintiff, v M & W WATERPROOFING et al., Appellants.

Submitted July 6, 2004; decided September 21, 2004

Motion by NTJ Associates for leave to appeal from the March 9, 2004 Appellate Division order dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution (see Whitfield v City of New York,

90 NY2d 777, 780-781 [1997]). Motion by M & W Waterproofing for leave to appeal from the April 8, 2004 amended judgment of Supreme Court dismissed as untimely (see *Whitfield v City of New York*, 90 NY2d 777, 781 [1997]).